Blake J. Lindemann (SBN 255747)
blake@lawbl.com
LINDEMANN LAW FIRM, APC
433 N. Camden Drive, 4th Floor
Beverly Hills, CA 90210
(310) 279-5269 Telephone
(310) 300-0267 Facsimile

Attorneys for Plaintiff
TALWINDER RANA

David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Martin Schannong (SBN 243297)
schannongm@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Boulevard, Suite 1200
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
DYCK-O'NEAL, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| TALWINDER RANA, | Case No. 8:21-cv-00323-PSG-DFM |
|---|---|
| Plaintiff, | **NOTICE OF CONDITIONAL SETTLEMENT AND JOINT STIPULATION TO VACATE ALL HEARINGS AND DEADLINES** |
| vs. | |
| DYCK-O'NEAL, INC., and DOES 1-100 | |
| Defendants. | |

/ / /

/ / /

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD**:

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached a settlement in the above-referenced case, subject to entry of a formal settlement agreement.  Pursuant to the terms of the settlement, Plaintiff will request dismissal of this entire Action upon satisfaction of the conditions set forth therein. The Parties expect such conditions of settlement to be completed within 45 days of the filing of this notice.

WHEREAS, the Court has scheduled a Final Pretrial Conference on April 22, 2022, and a hearing on Plaintiff's Motion for Leave to Amend on January 28, 2022.

WHEREAS, the Parties stipulate and respectfully request that the Court vacate all deadlines and hearings governing this case. In the unlikely event that the settlement conditions are not completed within the time agreed by the Parties, Plaintiff will request a further case management conference to set new case management deadlines.

NOW THEREFORE, the Parties stipulate and respectfully request that the Court vacate all hearings and deadlines governing this case.


DATED:  December 15, 2021          LINDEMANN LAW FIRM, APC

                                   By:    s/Blake J. Lindemann
                                          Blake J. Lindemann
                                          Donna R. Dishbak
                                          Attorneys for Plaintiff
                                          TALWINDER RANA

DATED:  December 15, 2021          CARLSON & MESSER LLP

                                   By:    s/Martin Schannong
                                          David J. Kaminski
                                          Martin Schannong
                                          Attorneys for Defendant
                                          DYCK-O' NEAL, INC.

## <u>SIGNATURE CERTIFICATION</u>

I hereby certify that the content of this document is acceptable to all counsel, and that I have obtained their authorization to affix the electronic signatures to this document.

DATED:  December 15, 2021          CARLSON & MESSER LLP


By:    s/Martin Schannong
David J. Kaminski
Martin Schannong
Attorneys for Defendant
DYCK-O' NEAL, INC.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 15, 2021, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed through the ECF system, which will send notification of such filing to the e-mail addresses associated with this case.

DATED:  December 15, 2021              CARLSON & MESSER LLP


                                   By:    s/Martin Schannong
                                          David J. Kaminski
                                          Martin Schannong
                                          Attorneys for Defendant
                                          DYCK-O' NEAL, INC.