1  **LINDEMANN LAW FIRM, APC**
2  BLAKE J. LINDEMANN (SBN 255747)
   DONNA R. DISHBAK (SBN 259311)
3  433 N. Camden Drive, 4th Floor
4  Beverly Hills, CA 90210
   Telephone: (310) 279-5269
5  Facsimile:  (310) 300-0267
6  E-mail: blake@lawbl.com

7  *Attorneys for Plaintiff and the*
   *Proposed Classes*
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TALWINDER RANA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYCK O'NEAL, INC., and DOES 1-100,<br><br>Defendants. | Case No. 8:21-cv-00323-PSG-DFM<br><br>Judge: Hon. Philip S. Gutierrez<br><br>**JOINT STIPULATION TO VOLUNTARILY DISMISS ENTIRE CASE**<br><br>Complaint Filed: January 6, 2021<br>Removal Date:   February 17, 2021 |

1
JOINT STIPULATION TO VOLUNTARILY DISMISS CASE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Talwinder Rana ("Plaintiff" or "Rana") and Defendant Dyck O'Neal, Inc. ("Defendant" or "DOI") (Plaintiff and Defendant are collectively referred to as the "Parties") enter into this Joint Stipulation to Voluntarily Dismiss Entire Case as follows:

1. Plaintiff agrees to voluntary dismiss any and all of his purported individual claims against Defendant with prejudice;

2. The Parties agree that the DOE parties are dismissed without prejudice;

3. The Parties agree that all class allegations and class claims are dismissed without prejudice;

4. Because no class has been certified and no absent putative class members will be bound by Plaintiff's dismissal of his individual claims, the procedures of Federal Rule of Civil Procedure Rule 23(e) are not implicated by this dismissal.

Respectfully submitted,

Date: January 10, 2022

LINDEMANN LAW FIRM, APC
BLAKE J. LINDEMANN

By: */s/ Blake J. Lindemann*
    Blake J. Lindemann

Attorneys for Plaintiff and the Class

Date: January 10, 2022

CARLSON AND MESSER LLP
DAVID J KAMINSKI
MARTIN SCHANNONG

By: */s/ David J. Kaminski*
    David J. Kaminski

Attorneys for Defendant

## SIGNATURE CERTIFICATION

Pursuant to U.S. District Court for the Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby attest and certify that the content of this document is acceptable all counsel listed above, and that I have obtained said counsels' authorization to affix their electronic signature to this document.

By: */s/ Blake J. Lindemann*

# CERTIFICATE OF SERVICE

I, the undersigned, declare: I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 433 N. Camden Drive, 4th Floor, Beverly Hills, CA 90210.

On January 10, 2022, I served the foregoing document as follows:

**JOINT STIPULATION TO VOLUNTARY DISMISS CASE**

[ X ] by electronically filing the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such electronic filing to counsel of record for all parties by operation of the Court's CM/ECF System.

[ ] by U.S. Mail in the ordinary course of business to the non-CM/ECF participants indicated on the attached Manual Notice List. I am readily familiar with the Firm's practice for the collection and processing of correspondence for mailing with the Postal Service and that the correspondence would be deposited with same that same day in the ordinary course of business.

[ ] by electronically serving the foregoing by electronic mail to the e-mail addresses agreed by the parties for service, pursuant to Fed. R. Civ. Proc. 5 and the parties' agreement.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct. Executed on January 10, 2022, at Beverly Hills, California.

*/s/ Nataly Grande*
_____
NATALY GRANDE