

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TALWINDER RANA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYCK O'NEAL, INC., and DOES 1-100,<br><br>Defendants. | Case No. 8:21-cv-00323-PSG-DFM<br><br>Judge: Hon. Philip S. Gutierrez<br><br>**[PROPOSED] ORDER APPROVING JOINT STIPULATION TO VOLUNTARILY DISMISS ENTIRE CASE** |

1

[PROPOSED] ORDER APPROVING JOINT STIPULATION TO VOLUNTARILY DISMISS CASE

# [PROPOSED] ORDER

Based on the Parties' Joint Stipulation to Voluntarily Dismiss the Entire Case (ECF No. 36), the Court DISMISSES the individual claims of Plaintiff Talwinder Rana against Defendant with prejudice. The Court DISMISSES without prejudice any and all claims asserted on behalf of the putative class. The Court dismisses all DOE parties without prejudice. The Court DENIES AS MOOT all pending Motions. The Court VACATES all future dates and deadlines in this action. The Clerk of the Court shall close the Case.

**IT IS SO ORDERED.**

Dated: 1/11/22

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE